IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| ARCHDIOCESE OF ST. LOUIS, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>KATHLEEN SEBELIUS, in her official capacity as Secretary, United States Department of Health and Human Services, *et al.*,<br><br>            Defendants. | Case No. 4:13-cv-02300-JAR |

### DEFENDANTS' MOTION FOR ONE-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants hereby move for a one-day extension of time to respond to plaintiffs' complaint. Pursuant to Federal Rule of Civil Procedure 12, defendants' response to the complaint is due today, January 21, 2014. But federal government offices in the Washington, DC area, where undersigned counsel and agency counsel for the federal defendants work, are closed today due to inclement weather. Accordingly, defendants respectfully request a one-day extension of time – until January 22, 2014 – to respond to plaintiffs' complaint.

Respectfully submitted this 21st day of January, 2014,

STUART F. DELERY
Assistant Attorney General

RICHARD CALLAHAN
United States Attorney

JENNIFER RICKETTS
Director

SHEILA M. LIEBER
Deputy Director

1

    */s/ Michelle R. Bennett*
MICHELLE R. BENNETT (CO Bar #37050)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW, Room 7310
Washington, DC 20001
Telephone: (202) 305-8902
Facsimile: (202) 616-8470
Email: michelle.bennett@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

                                           */s/ Michelle R. Bennett*
                                           MICHELLE R. BENNETT