# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  14-3016
_____

Archdiocese of St. Louis; Catholic Charities of St. Louis

Plaintiffs - Appellees

v.

Sylvia M. Burwell, in her official capacity as Secretary of the U.S. Department of Health and Human Services; Thomas E. Perez, in his official capacity as Secretary of the U.S. Department of Labor; Jacob J. Lew, in his official capacity as Secretary of the U.S. Department of the Treasury; U.S. Department of Health and Human Services; U.S. Department of Labor; U.S. Department of the Treasury

Defendants - Appellants

------------------------------

American Civil Liberties Union; American Federation of State, County and Municipal Employees; American Civil Liberties Union of Missouri; Black Women's Health Imperative; Americans United For Separation of Church and State; Feminist Majority Foundation; Ibis Reproductive Health; Legal Momentum; NARAL Pro-Choice America; NARAL Pro-Choice Minnesota; NARAL Pro-Choice Missouri; NARAL Pro-Choice South Dakota; National Family Planning & Reproductive Health Association; National Latina Institute for Reproductive Health; National Partnership for Women and Families; National Women's Health Network; National Women's Law Center; Planned Parenthood Minnesota, North Dakota, South Dakota; Planned Parenthood of Kansas & Mid-Missouri; Planned Parenthood of the Heartland; Planned Parenthood of the St. Louis Region and Southwest Missouri; Population Connection; Service Employees' International Union

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:13-cv-02300-JAR)
_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

October 10, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans